### 43850. COLLIER v. STATE OF GEORGIA et al.
(348 SE2d 655)

SMITH, Justice.

This case involves a petition for a writ of mandamus to compel a superior court judge to act on an out-of-time motion for new trial.

In view of the fact that this is a direct application to this Court for a writ of mandamus, this case is controlled by *Brown v. Johnson,* 251 Ga. 436 (306 SE2d 655) (1983), and the petition is therefore dismissed.

*Petition for Writ Dismissed. All the Justices concur.*

DECIDED SEPTEMBER 3, 1986.

Jerry Larry Collier, *pro se.*

*Michael J. Bowers, Attorney General,* for appellees.